in which Gustav Lange and another appeal. G. Lange, Jr., for appellants. No opinion. Order affirmed, with $10 costs and disbursements, without prejudice to renewal when accounts of receiver shall have been adjusted. Order filed. See, also, 119 N. Y. Supp. 1121.

In re CO-OPERATIVE LAW CO. (Supreme Court, Appellate Division; Second Department. December 30, 1909.) In the matter of the application of the Co-operative Law Company, for approval of the existence of said corporation, etc.

PER CURIAM. Motion granted, on the authority of the Matter of the Associated Lawyers' Company, 134 App. Div. 350, 119 N. Y. Supp. 77 (First Department, October, 1909). See, also, 133 App. Div. 931, 118 N. Y. Supp. 1101.

JENKS, J., concurs, but on the ground that the order should be vacated, because it was made before the statute in question went into effect.

In re CO-OPERATIVE LAW CO. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) In the matter of the application, pursuant to chapter 483 of the Laws of 1909, of the Co-operative Law Company. No opinion. Motion for leave to appeal to the Court of Appeals granted. Motion to suspend the operation of the order vacating the order of June 18, 1909, pending appeal, granted. Settle order before Mr. Justice Burr. See, also, supra.

COTTONWOOD CREEK CO. v. KUEHNER (two cases). (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by the Cottonwood Creek Company against Robert Kuehner. No opinion. Motions denied. Orders filed. See, also, 119 N. Y. Supp. 1121.

COULBY, Respondent, v. LAMPHERE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Frank R. Coulby against Fred Lamphere. No opinion. Judgment of County Court and judgment of Justice's Court reversed, with costs in all courts to appellant.

COURTNEY, Respondent, v. McARDLE, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by George L. Courtney against Patrick J. McArdle.

PER CURIAM. Interlocutory judgment affirmed, with costs.

CHESTER, J., not voting. COCHRANE, J., not sitting.

COUSINS et al., Respondents, v. SCHLICHTER, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Thomas Cousins and another against Edward F. Schlichter. No opinion. Motion for reargument denied, with costs. For former decision, see 119 N. Y. Supp. 899.

CREATORE, Respondent, v. CREATORE, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Anna Creatore against Joseph Creatore. W. J. Carey, for appellant. R. B. Knowles, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CUBA v. DRUSKIN. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Isidor Cuba against Louis Druskin. No opinion. Motion granted. Order filed. See, also, 120 N. Y. Supp. 381.

In re CURTISS. (Supreme Court, Appellate Division, First Department. December 10, 1909.) In the matter of Julia M. Curtiss. No opinion. Application denied. Settle order on notice. See, also, 119 N. Y. Supp. 556.

CZIBILISKY, Respondent v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 10, 1909.) Action by William Czibilisky against the Solvay Process Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, on the ground that the finding of the jury that the defendant was guilty of negligence which caused the accident was contrary to and against the weight of the evidence.

McLENNAN, P. J., concurs in result, on the ground that as matter of law the defendant was not shown guilty of any negligence.

DAIGNEAULT, Respondent, v. HUDSON VALLEY RY. et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Wilfred Daigneault against the Hudson Valley Railway and another.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates, within 20 days, that the verdict may be reduced to $1,000, in which case the judgment, as so modified, is affirmed, without costs.

DAILY v. PRESS PUB. CO. (two cases). In re FAIRVIEW AVE. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Actions by William H. Daily against the Press Publishing Company. In the matter of Fairview Avenue. No opinions. Motions granted, with $10 costs. Orders filed.

DARROW, Appellant v. LEE, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Adelbert E. Darrow against Charles Lee. No opinion. Judgment and order unanimously affirmed, with costs.

DAYTON, Respondent, v. ELIXMAN, Appellant, et al. (Supreme Court, Appellate Division, Third Department, December 30, 1909.)